# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELLEY SEGAL, | : |
| Plaintiff, | : Case No. 2:18-cv-257 |
| v. | : |
| URBAN REDEVELOPMENT AUTHORITY OF PITTSBURGH, | : |
| and | : |
| COLUMBUS BROOKS, | : |
| and | : |
| ROBERT RUBINSTEIN, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the **dismissal with prejudice** of this civil action. The Parties further stipulate that they reached a resolution of the litigation and executed a settlement agreement, which contains a confidentiality provision. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy M. Cerutti* | */s/ S. Elaine Baker* |
| Jeremy Cerutti | S. Elaine Baker |
| jeremy@karpf-law.com | ELBaker@littler.com |
| **KARPF, KARPF & CERUTTI, P.C.** | **LITTLER MENDELSON, P.C.** |
| 3331 Street Road, Suite 128 | 625 Liberty Avenue, 26th Floor |
| Bensalem, PA 19020 | Pittsburgh, PA 15222 |
| Telephone: 215.639.0801 | Telephone: 412.201.7668 |
| Facsimile: 215.639.4970 | Facsimile: 412.774.2112 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Shelley Segal* | |